Jason Barsanti (CSB No. 235807)
E-mail: Jbarsanti@cozen.com
COZEN O'CONNOR
501 West Broadway, Ste 1610
San Diego, CA 92101
Telephone: (619) 234-1700
Facsimile: (619) 234-7831

Helen M. McFarland (CSB No. 231501)
E-mail: Hmcfarland@cozen.com
COZEN O'CONNOR
575 Market Street, Ste 2200
San Francisco, CA 94105
Telephone: (415) 644-0914
Facsimile: (415) 692-3682

Attorneys for Defendant JPMORGAN
CHASE BANK, N.A.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KELLIE M. O'HANLON,

   Plaintiff,

v.

J.P. MORGAN CHASE BANK N.A.

   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. : 2:15-cv-06640-DDP(PJWx)

**ORDER DISMISSING ALL CLAIMS
WITH PREJUDICE**

  Having reviewed the parties' stipulation, all records in the action, and for good cause shown, the Court orders as follows:

  Pursuant to Federal Rule of Civil Procedure 41, this case and all claims asserted herein are hereby DISMISSED WITH PREJUDICE.

  **IT IS SO ORDERED.**

Dated: May 18, 2016

_____
Honorable Dean D. Pregerson
United States District Judge